Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
blevine@pszjlaw.com
acaine@pszjlaw.com

*Counsel to Plaintiff, Robert Michaelson, in his capacity as
Trustee of the International Shipholding GUC Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN GLOBAL CONSULTING L.L.C.,<br><br>Defendant. | Adv. Proc. No. 18-01603 (SMB) |

**SECOND NOTICE OF RESCHEDULED PRETRIAL CONFERENCE**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

**PLEASE TAKE NOTICE** that the Pretrial Conference in the above-referenced adversary proceeding has been rescheduled to **November 8, 2018 at 10:00 a.m.** before the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York, in Room 723, One Bowling Green, New York, New York 10004-1408.

Dated:   October 4, 2018
         New York, NY

                                         */s/ Beth E. Levine*
                                         Beth E. Levine
                                         Andrew W. Caine (admitted *pro hac vice*)
                                         PACHULSKI, STANG, ZIEHL & JONES LLP
                                         780 Third Avenue, 34th Floor
                                         New York, New York 10017
                                         Telephone: (212) 561-7700
                                         Facsimile:  (212) 561-7777
                                         Email:  blevine@pszjlaw.com
                                                 acaine@pszjlaw.com

                                         *Counsel to Plaintiff, Robert Michaelson, in his capacity as Trustee of the International Shipholding GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING CORPORATION, *et al.,*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST,<br><br>                    Plaintiff,<br><br>   v.<br><br>MERIDIAN GLOBAL CONSULTING L.L.C.,<br><br>                    Defendant. | Adv. Proc. No. 18-01603 (SMB) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

      I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

On October 4, 2018, I caused the *Second Notice of Rescheduled Pretrial Conference* to be served upon the party listed on the annexed Service List by electronic mail and First Class US Mail.

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on October 4, 2018 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

**SERVICE LIST**

Sanford Philip Rosen, Esq.
Rosen & Associates, P.C.
747 Third Avenue
New York, NY 10017-2803
Email: srosen@rosenpc.com