```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------------x

In re:                                                                                    Chapter 11

INTERNATIONAL SHIPHOLDING CORPORATION,                  Case No. 16-12220 (DSJ)

                              Debtor.

------------------------------------------------------------------x

ROBERT MICHAELSON, IN HIS CAPACITY AS
TRUSTEE OF THE INTERNATIONAL
SHIPHOLDING GUC TRUST,

                    Plaintiff,                    Adv. Proc. No. 18-1603 (DSJ)

     – against –

MERIDIAN GLOBAL CONSULTING, LLC,

                    Defendant.

------------------------------------------------------------------x

## ORDER CLOSING ADVERSARY PROCEEDING

**WHEREAS**, the above-captioned proceeding was commenced on July 23, 2018; and

**WHEREAS**, the case was reassigned to the undersigned on March 1, 2021; and

**WHEREAS**, the Court, having reviewed the case management and electronic filing system for the United States Bankruptcy Court for the Southern District of New York, concludes that the above-captioned proceeding has been inactive for more than one year; and

**WHEREAS**, on May 14, 2021, the Court entered an Order Directing Submission of Status Report [Adv. Pro. ECF No. 11], which directed Plaintiff's counsel to file a status letter; and

**WHEREAS**, no status letter has been filed; and

**IT IS HEREBY ORDERED THAT**:

The above-captioned adversary proceeding is hereby dismissed.  The Clerk of the Court is

directed to close the above-captioned adversary proceeding in accordance with the Court's ruling.

| | |
|---|---|
| Dated: New York, New York<br>August 2, 2023 | *s/ David S. Jones*<br>HONORABLE DAVID S. JONES<br>UNITED STATES BANKRUPTCY JUDGE |